FILED

08 AUG 28 PM 1:49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

$\mathcal{CW}$

# CV 08                3770

HORACE BELL                Plaintiff,

vs.

A. HEDGEPETZ

WARDEN                Defendant.

CASE NO. _____

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, HORACE BELL , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___OO.OO___        Net: ___OO.OO___

Employer: ___STATE PRISON___

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____ Self employed _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9         a.      Business, Profession or            Yes ____ No ____

10                self employment

11        b.      Income from stocks, bonds,         Yes ____ No ____

12                or royalties?

13        c.      Rent payments?                     Yes ____ No ____

14        d.      Pensions, annuities, or            Yes ____ No ____

15                life insurance payments?

16        e.      Federal or State welfare payments, Yes ____ No ____

17                Social Security or other govern-

18                ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                         Yes ____ No ____

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1       b.    List the persons other than your spouse who are dependent upon you for

2           support and indicate how much you contribute toward their support. (NOTE:

3           For minor children, list only their initials and ages. DO NOT INCLUDE

4           THEIR NAMES.).

5   _____

6   _____

7   5.    Do you own or are you buying a home?    Yes ____ No ✓

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.    Do you own an automobile?    Yes ____ No ✓

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $_____

12  Monthly Payment: $ _____

13  7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $ ___ 00.00 _____

17  Do you own any cash? Yes ____ No ✓ Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ____ No ✓

20  _____

21  8.    What are your monthly expenses?

22  Rent: $ ___ 00.00 _____ Utilities: 00.00 _____

23  Food: $ ___ 00.00 _____ Clothing: 00.00 _____

24  Charge Accounts:

25  Name of Account        Monthly Payment        Total Owed on This Acct.

26  _____    $ _____    $ _____

27  _____    $ _____    $ _____

28  _____    $ _____    $ _____

1  9.    Do you have any other debts?  (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?    Yes ____  No __✓__

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  ___8-12-08___                    ___Hovan Bler___

17        DATE                              SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

1
2          Case Number: _CV08 3770_
3                       _cw (PR)_
4
5
6
7
8                    **CERTIFICATE OF FUNDS**
9                              **IN**
10              **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account

13  statement showing transactions of _Bell Narrace T42454_ for the last six months
                                       [prisoner name]
14  _Kern Valley State Prison_ where (s)he is confined.
        [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the

16  most recent 6-month period were $ _____0_____ and the average balance in the prisoner's

17  account each month for the most recent 6-month period was $_____0_____ .

18
19  Dated: _8/19/08_                   _N Scruggs Vest Jud_
20                                     [Authorized officer of the institution]
21
22
23
24
25
26
27
28


                                     - 5 -

REPORT ID: TS3030  .701                          REPORT DATE: 08/14/08
                                                     PAGE NO:      1

                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT


              FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 14, 2008


ACCOUNT NUMBER : J42454                  BED/CELL NUMBER: FCB400000000120W
ACCOUNT NAME   : BELL, HORRACE               ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------  --------   ---------  --------   -----------   -------

02/01/2008   BEGINNING BALANCE                                          70.00

02/13 FC03 DRAW-FAC 3    1262/FC2D                          70.00        0.00

                          TRUST ACCOUNT SUMMARY


   BEGINNING      TOTAL        TOTAL      CURRENT      HOLDS      TRANSACTIONS
    BALANCE     DEPOSITS    WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
 ------------  ----------  ------------  ----------  ---------   ------------
      70.00        0.00        70.00        0.00       0.00          0.00
 ------------  ----------  ------------  ----------  ---------   ------------
 ------------  ----------  ------------  ----------  ---------   ------------


                                            CURRENT
                                           AVAILABLE
                                            BALANCE
                                         --------------
                                              0.00
                                         --------------
                                         --------------


THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
    TRUST OFFICE

Arrived
12/29/06

Horace Bell
J-40454  CT-130
P.O. Box 6000
DeLaub, CA.
93616
KVSP
Kern Valley State Prison
Facility C, Building 4

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

RE

AUG 28 1:51

HARD W.
U.S. DISTRICT COURT
DISTRICT CALIFORNIA

CW

L ROBISGA CCI

Ke
Facility C.
4