IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL, | No. C 08-03770 CW (PR) |
|     Petitioner, | ORDER OF DISMISSAL WITH LEAVE TO AMEND |
|   v. | |
| A. HEDGPETH, Warden, | |
|     Respondent. | |

    This case was commenced when Petitioner filed a federal habeas corpus form, which he labeled "Petition for a Writ of Mandate." He did not complete the habeas corpus form; instead he wrote, "see attachment" at the top of each page. He attached a confusing mix of documents, including various documents related to his state court cases. The Court has reviewed these documents and cannot discern the basic facts surrounding the petition and Petitioner's incarceration. Therefore, the Court cannot fairly evaluate the petition in its present state, nor can the Court be certain that Petitioner intended to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has also filed a motion for leave to proceed in forma pauperis (IFP).

    Accordingly, the Court DISMISSES the petition with leave to amend in order to allow Petitioner an opportunity to file a proper federal habeas petition on the enclosed habeas corpus form. Petitioner must clearly state his grounds for relief and whether he is challenging his criminal conviction and sentence or the execution of his sentence.

    If Petitioner wishes to challenge the conditions of his confinement, a federal civil rights claim under 42 U.S.C. § 1983, rather than a federal habeas petition, is the proper way to raise

such claims. See Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991). The Court notes that Petitioner is incarcerated at Kern Valley State Prison (KVSP) in Delano, California, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). If Petitioner seeks damages from KVSP prison officials for conditions of his confinement at KVSP, venue is not proper in this district. See 28 U.S.C. § 1391(b). Therefore, any claims relating to the conditions of Petitioner's confinement at KVSP should be filed in the United States District Court for the Eastern District of California.

## CONCLUSION

For the foregoing reasons, leave to proceed IFP is GRANTED, and the petition is DISMISSED WITH LEAVE TO AMEND. Within <u>thirty (30) days</u> of the date of this Order, Petitioner shall file an amended petition on the enclosed habeas corpus form. Petitioner must write the case number for this action -- Case No. C 08-03770 CW (PR) -- on the form and complete all sections of the form.

<u>Failure to file a completed habeas corpus form within the thirty-day deadline shall result in dismissal of this action without prejudice.</u>

The Clerk of the Court shall send Petitioner a blank habeas corpus form along with his copy of this Order.

This Order terminates Docket no. 3.

IT IS SO ORDERED.

DATED:  6/12/09

_____
CLAUDIA WILKEN
United States District Judge

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HORACE BELL,

        Plaintiff,

v.

A HEDGPETH et al,

        Defendant.

Case Number: CV08-03770 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Horace A. Bell #J-42454  w/HC form
P O Box 6000
Delano, CA 93216

Dated: June 12, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3